# EXHIBIT A



AlaFile E-Notice

01-CV-2024-903783.00

To: PARKING ENFORCEMENT SYSTEMS, INC.
543 HARRIER ROAD
TRUSSVILLE, AL, 35173

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ANGELA R PETERSON V. ROBERT LEE WITHERINGTON JR. ET AL
01-CV-2024-903783.00

The following complaint was FILED on 9/20/2024 3:01:11 PM

Notice Date: 9/20/2024 3:01:11 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

State of Alabama
Unified Judicial System
Form C-34  Rev. 7/2023

# SUMMONS
## - CIVIL -

**Court Case Number**
01-CV-2024-903783.00

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ANGELA R PETERSON V. ROBERT LEE WITHERINGTON JR. ET AL

**NOTICE TO:** PARKING ENFORCEMENT SYSTEMS, INC., 543 HARRIER ROAD, TRUSSVILLE, AL 35173

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
David L. Selby II

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3000 Riverchase Galleria, Suite 905, Birmingham, AL 35244

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

| 09/20/2024 | /s/ JACQUELINE ANDERSON SMITH | By: | [Name(s)] |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

_____ in _____ County, Alabama on _____

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*   *(Name of County)*   *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*   *(Telephone Number of Designated Process Server)*

ELECTRONICALLY FILED
9/20/2024 3:01 PM
01-CV-2024-903783.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>01 |
|---|---|---|

Date of Filing:     Judge Code:
09/20/2024

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ANGELA R PETERSON v. ROBERT LEE WITHERINGTON JR. ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☑ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER

R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

SEL026

9/20/2024 3:01:10 PM
Date

/s/ David L. Selby II
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO



ELECTRONICALLY FILED
9/20/2024 3:01 PM
01-CV-2024-903783.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

ANGELA R. PETERSON, individually and
on behalf of the Estate of Adarius Jamar
Peterson, deceased,

     Plaintiff,

v.

ROBERT LEE WITHERINGTON, Jr.,
PARKING ENFORCEMENT SYSTEMS,
INC.,
CENTRAL CITY DEVELOPERS, LLC,
ROBERT L. CROOK, JR., and
Fictitious Defendants 1-10

     Defendants.

Case No. _____

## COMPLAINT

COMES NOW the Plaintiff, Angela R. Peterson, individually and on behalf of the Estate of Adarius Jamar Peterson, deceased, and hereby brings this Complaint for, *inter alia*, Wrongful Death, alleging as follows:

### Introduction

1.    Robert Lee Witherington, in his capacity as an agent and employee of Parking Enforcement Systems, Inc. shot Adarius Peterson in the chest multiple times, killing him instantly.

### Parties, Jurisdiction, and Venue

2.    Plaintiff Angela R. Peterson is the mother and representative[1] of the estate of Adarius Jamar Peterson, deceased, who resided in Jefferson County, Alabama at the time of his death.

---

[1] Letters of Administration, *In the Matter of the Estate of Adarius Jamar Peterson*, No. 24-BHM-1962 (Jefferson Co. Prob. Ct. 2024)

1

3.     Defendant Robert Lee Witherington, Jr. ("Witherington"), upon information and belief, is a resident of Alabama, and at all times material to the events addressed in this complaint, worked in Jefferson County, Alabama as an employee and agent of Defendant Parking Enforcement Systems, Inc.

4.     Parking Enforcement Systems, Inc. ("PES") is an Alabama Corporation whose principal place of business is located in Jefferson County, Alabama and operates a vehicle impound lot at 2608 5th Avenue South in Birmingham.

5.     Defendant Central City Developers, LLC ("Central City") is an Alabama Limited Liability Company whose principal place of business is located in Jefferson County, Alabama. Defendant Central City owns the property at 707 Richard Arrington Jr. Boulevard South in Birmingham where Adarius Peterson's employer was located. Upon information and belief, Defendant Central City hired or caused its agents to hire Defendant PES for its parking enforcement services.

6.     Defendant Robert L. Crook, Jr. ("Crook"), upon information and belief, owns and manages the property at 2608 5th Avenue South in Birmingham where PES operates its business and where Adarius Peterson was killed.

7.     Fictitious Defendants 1 through 10, whether singular or plural, refer to any entity or entities whose negligence, recklessness, and/or wantonness proximately caused or contributed to cause the death of Adarius Peterson.

8.     Jurisdiction and Venue are proper, as the Defendants' business activities are in Jefferson County and all the acts and omissions of Defendants giving rise to this litigation occurred in Jefferson County.

## Facts

9.     On the afternoon of September 29, 2022, Adarius Jamar Peterson was working as

2

a delivery driver for Encore Rouge at 707 Richard Arrington Jr. Boulevard South, Suite 102, which is located in a complex called The Waites, a mixed use residential and commercial property.

10. Parking for both the commercial and residential tenants of The Waites is located in a deck at the rear of the complex.

11. Between deliveries on September 29, Adarius was parked at The Waites.

12. A short time later, PES towed Adarius' car, causing damage to the car in the process.

13. That same afternoon, Adarius attempted to retrieve his car from PES at 2608 5th Avenue South in Birmingham, Alabama.

14. As referenced in more detail in the paragraphs below, approximately an hour before Adarius' arrival at PES, Witherington engaged in a heated, expletive-laden argument with a Birmingham woman at PES while she attempted to retrieve her impounded car.

15. Shortly after his arrival at PES, an already agitated Defendant Witherington, while in the capacity as an agent and employee of PES, shot Adarius in the chest multiple times, killing him.

### Evidence of Pattern and Practice Behavior

16. In 2021, PES damaged the vehicle of a Trussville woman in the course of impounding her vehicle. The owner sued and the Jefferson County District Court found for the plaintiff, awarding the full amount sought by the plaintiff.[2]

17. On September 28, 2022, a PES employee brandished a gun at a Birmingham couple and young daughter while they attempted to retrieve their illegally impounded car from PES.[3]

---

[2] *Lovelace v. Parking Enforcement Sys., Inc.*, No. 01-SM-2021-906050.00 (Jul. 21, 2022), *appeal docketed*, No. 01-CV-2022-000161.00 (Aug. 4, 2022).

[3] Kelsi Nuttle, *Anyone Towed Before from Parking Enforcement Services in #BirminghamAlabama?*, TikTok, Sep. 29, 2022, https://www.tiktok.com/@kelsi_talks/video/7148962445120605486.

18. On the afternoon of September 29, 2022, just an hour before the death of Adarius Peterson, Defendant Witherington engaged in a heated, expletive-laden argument with an African American woman at PES while she attempted to retrieve her impounded car, calling her a "bitch" and yelling at her "fuck you and your mama."

19. On December 23, 2022, a PES employee flashed a gun at a Birmingham woman attempting to retrieve her car from PES.[4]

20. On January 17, 2023, PES was filmed damaging property and a parked vehicle in the process of its towing a truck from a downtown lot, as the PES tow truck fled without so much as leaving a note on the damaged parked vehicle.[5]

21. In August 2023, a PES employee flashed a gun at a Birmingham man who was attempting to retrieve his illegally impounded car.[6]

22. A Facebook group called "I Believe in Birmingham" has garnered hundreds of comments and reactions to the illegal and intimidating practices of PES.[7]

23. From these few examples, PES has repeatedly shown its propensity to use threats and lethal violence as a means of carrying out its towing and vehicle immobilization services.

24. These examples demonstrate PES' gross violations of the City of Birmingham's ordinances governing towing and vehicle immobilization services,[8] as it has operated "in such a manner as to be detrimental to the public health, safety or welfare or so as to constitute a

---

[4] Heather Gann, *Hey where's my car? Towing in downtown Birmingham can sometimes result in frightening encounters and online fury*, THE LEDE, Jan. 11, 2023, https://www.al.com/news/birmingham/2023/01/hey-wheres-my-car-towing-in-downtown-birmingham-can-sometimes-result-in-frightening-encounters-and-online-fury.html.
[5] Heather Gann, *Tow truck hits parked vehicle, flees: Time to stop 'unholy, terrible' company, El Barrio owner says*, THE LEDE, Jan. 20, 2023, https://www.al.com/news/birmingham/2023/01/tow-truck-hits-parked-vehicle-flees-time-to-stop-unholy-terrible-company-el-barrio-owner-says.html.
[6] Heather Gann, *Birmingham driver says he had a gun flashed at him at PES lot while retrieving his car*, THE LEDE, Oct. 9, 2023, https://www.al.com/news/2023/10/birmingham-driver-says-he-had-a-gun-flashed-at-him-at-pes-lot-while-retrieving-his-car.html.
[7] Gann, *supra* note 2; *see also* Gann, *supra* note 4.
[8] *See* Code of Birmingham §§ 12-19-1 to 12-19-77.

nuisance."[9]

25.     As demonstrated *supra*, PES employees, including Witherington, continually interacted with its customers with intimidation and threats of violence.

## COUNT I
### Wrongful Act, Omission, or Negligence/Wantonness Causing Death

26.     Plaintiff realleges paragraphs 1 through 25 of this Complaint as if set out here in full.

27.     Defendants PES and Witherington had a duty to operate their business legally without detriment to the health, safety, or welfare of the public.

28.     Defendant Central City had a duty to contract its parking enforcement to a contractor who can operate in a legal manner without being detrimental to the public health, safety, or welfare.

29.     Defendant Central City negligently carried out its parking enforcement by and through its agents, Defendants PES and its employees, including Defendant Witherington.

30.     Defendant Witherington was acting on behalf of and within the scope of his agency of Defendants PES and Central City, when he shot and killed Adarius.

31.     Defendant Crook had a duty to manage its property in a legal manner by ensuring his lessees operate in a legal manner without being detrimental to the public health, safety, or welfare.

32.     As demonstrated *supra*, Defendants PES, Central City, and Crook had adequate knowledge of the intimidating and violent conduct of PES employees, including Defendant Witherington.

---

[9] Code of Birmingham § 12-19-28.

33. With that knowledge, Defendants PES, Central City, and Crook conducted themselves in a way that shows they intended to approve of the acts of PES employees, including Defendant Witherington.

34. At all times material to the allegations in this Complaint, Defendants were engaged in an agency and/or alter ego relationship, and accordingly each Defendant is vicariously liable for the acts and omissions of the other.

35. The negligence, wantonness, and/or other tortious conduct of all Defendants, separately and severally, combined and concurred to proximately cause the wrongful death of Adarius Jamar Peterson on September 29, 2022.

WHEREFORE, Plaintiff demands judgment against Defendants for all damages, including punitive damages, plus costs, such interest and attorney fees as may be allowed by law and demands trial by jury of all issues so triable.

## COUNT II
### Negligent/Wanton Hiring and Supervision

36. Plaintiff realleges paragraphs 1 through 25 of this Complaint as if set out here in full.

37. Defendant PES conducted the activity through its agents and employees and is subject to liability for harm from negligent or reckless conduct of its agents and employees.

38. Defendant PES wantonly gave improper or ambiguous orders and/or failed to make proper regulations concerning the actions of its employees, including Defendant Witherington, with a reckless disregard of the rights or safety of others.

39. Defendant PES wantonly employed improper persons in work, including Defendant Witherington, risking harm to others.

40. Defendant PES was negligent in the supervision of the activity of its agents and employees and permitted or failed to prevent the negligent and tortious conduct of its agents and

6

employees, including Defendant Witherington.

41.     Defendant PES was aware or should have been aware that harm would likely result from its acts and omissions in this regard.

42.     Defendant PES' negligent and wanton hiring and supervision contributed to the wrongful death of Adarius Peterson.

WHEREFORE, Plaintiff demands judgment Defendant PES for all damages, including punitive damages, plus costs, such interest and attorney fees as may be allowed by law and demands trial by jury of all issues so triable.

Respectfully submitted, this 20th  day of September, 2024.

/s/ David L. Selby, II
David L. Selby, II (SEL026)
Matthew J. Ford (FOR054)
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Telephone:     (205) 988-9253
Email:          dselby@baileyglasser.com
               mford@baileyglasser.com

Benjamin L. Crump (*pro hac vice forthcoming*)
BEN CRUMP LAW PLLC
122 South Calhoun Street
Tallahassee, Florida 32301
Telephone:     (800) 959-1444
Email:          court@bencrump.com

*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all counts herein.

DEFENDANTS ARE TO BE SERVED AT THE FOLLOWING ADDRESSES:

Robert Lee Witherington, Jr.
896 Hillcrest Road
Sylacauga, AL 35150

Parking Enforcement Systems, Inc.
c/o Christopher A. Mayer
543 Harrier Road
Trussville, AL 35173

Central City Developers, LLC
c/o Rodney Barstein, agent
3209 Dunbrooke Drive
Birmingham, Al 35243

Robert L. Crook, Jr.
3760 Montrose Road
Mountain Brook, AL 35213