**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 2:25-cv-00665-SGC |
| v. | ) ) | |
| PARKING ENFORCEMENT SYSTEMS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER TO SHOW CAUSE**

Progressive Specialty Insurance Company initiated this case by filing a complaint on April 30, 2025, naming as defendants (1) Parking Enforcement Systems, Inc., (2) Robert L. Witherington, Jr., (3) Robert L. Crook, Jr., and (4) Angela Peterson, individually and on behalf of the Estate of Adarius Jamare Peterson. (Doc. 1). Parking Enforcement Systems, Crook, and Peterson have filed answers. (Docs. 5, 6, 7). It appears Witherington was served with the complaint on a date before May 7, 2025. (Doc. 4 at 1). However, he has not answered or otherwise appeared during the intervening time. Accordingly, the court **ORDERS** the plaintiff to **SHOW CAUSE** in writing within 14 days why this action should not be dismissed as to Witherington under Rule 41(b) of the *Federal Rules of Civil Procedure* for failure to prosecute.

**DONE** this 14th day of July, 2025.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE