FILED

2025 Jul-22 PM 02:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE CO., | ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| v. | ) ) | CASE NO.: 2:25-cv-00665-SGC |
| PARKING ENFORCEMENT SYSTEMS, INC.; CRC2, LLC; ROBERT L. WITHERINGTON, JR., and ANGELA R. PETERSON, Individually and on behalf of the estate of Adarius Jamare Peterson, deceased, | ) ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) ) ) | |

## PLAINTIFF'S APPLICATION AND AFFIDAVIT
## FOR ENTRY OF DEFAULT

Plaintiff Progressive Specialty Insurance Co. ("Progressive"), pursuant to

Federal Rule of Civil Procedure 55(a), asks the Clerk of Court to enter a default

against Defendant Robert L. Witherington, Jr. Said defendant has failed to answer or

otherwise defend against the Complaint as set out in the Affidavit of Katherine

Edwards West Manning, which is submitted as part of this pleading. Progressive's

request that the Clerk enter a default against said defendant is for the purpose of

Progressive obtaining a default judgment against them. The Affidavit in support of

Progressive's Application for Default states as follows:

# AFFIDAVIT OF KATHERINE EDWARDS WEST MANNING

**STATE OF ALABAMA**         )
**COUNTY OF JEFFERSON**      )

The affiant, Katherine Edwards West Manning, being duly sworn, states as follows:

1.      I am an attorney of record for Plaintiff Progressive Specialty Insurance Co. ("Progressive") and have personal knowledge of the facts set forth in this Affidavit.

2.      Defendant Robert L. Witherington, Jr. was duly served with the summons and a copy of Progressive's Complaint on May 7, 2025. Defendant Robert L. Witherington, Jr. is not a minor, incompetent person, or in military service. More than 21 days have elapsed since the date on which Defendant Robert L. Witherington, Jr. was served with the summons and a copy of the Complaint. Defendant Robert L. Witherington, Jr. has failed to file with the Court or serve on the undersigned an answer or otherwise defend against Progressive's Complaint.

3.      This affidavit is executed in accordance with Federal Rule of Civil Procedure 55(a), for the purpose of enabling Plaintiff Progressive to obtain a default judgment against Defendant Robert L. Witherington, Jr. for his failure to file or serve an answer or otherwise defend against the claims in Progressive's Complaint.

4. On behalf of Plaintiff Progressive, I request the Clerk of Court enter a default against Defendant Robert L. Witherington, Jr. so that Plaintiff Progressive may seek a default judgment from the Court.

Further Affiant sayeth not, this the 22nd day of July, 2025.

KATHERINE E.W. MANNING
(ASB-3893-d67v)

**STATE OF ALABAMA** )
**JEFFERSON COUNTY** )

I, the undersigned, a Notary Public in and for the County and State aforesaid, hereby certify that <u>Katherine Edwards West Manning</u>, whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this day that she executed the same voluntarily and of her own free will, and swore that the matters contained in the foregoing Affidavit are true to the best of her knowledge.

Sworn to and subscribed before me this 22nd day of July, 2025.

Notary Public
My Commission Expires: __10—11—2028__

RESPECTFULLY SUBMITTED,

*/s/ Katherine E.W. Manning*
JOSEPH L. COWAN, II (asb-3620-a61j)
R. BENJAMIN REARDON (asb-1469-j29e)
KATHERINE E.W. MANNING (asb-3893-d67v)
*Attorneys for Plaintiff Progressive Specialty
Insurance Co.*

**OF COUNSEL:**

HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
Email: jcowan@handfirm.com
      brearden@handfirm.com
      kmanning@handfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 22nd day of July, 2025, a true and correct copy of the foregoing has been served upon the following counsel of record and/or pro se parties electronically and/or via U.S. Mail, postage prepaid and properly addressed, and/or by electronic mail, as follows:

John W. Gray, II
AMARI & GRAY
1 Perimeter Park S
Suite 100n
Birmingham, AL 35243
Telephone: 205-547-1101
Fax: 205-547-1161
Email: jgray@amariandgray.com
*Attorney for Defendant Parking Enforcement Systems Inc.*

Robert L. Witherington, Jr.
896 Hillcrest Road
Sylacauga, AL 35150
*Defendant*

Michael H. Gregory
Anna Michele Tullar
Hunter C. Carroll
HAGWOOD AND TIPTON, PC
600 Vestavia Parkway, Suite 125
Birmingham, AL 35216
Telephone: 205-380-2208
Fax: 205-380-2209
Email: mgregory@hatlawfirm.com
        atullar@hatlawfirm.com
        hccefilings@hatlawfirm.com
*Attorneys for Defendant Robert L. Crook, Jr.*

David L. Selby, II
Matthew Jason Ford
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905

Birmingham, AL 35244
Telephone: 205-988-9253
Fax: 205-733-4896
Email: dselby@baileyglasser.com
        mford@baileyglasser.com
*Attorneys for Defendant Angela Peterson,
individually and on behalf of the estate of
Adarius Jamare Peterson, deceased*

/s/ Katherine E.W. Manning
OF COUNSEL