## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

Progressive Specialty Insurance Company }
        Plaintiff }

    v. }    Case Number: 2:25 CV 665 SGC

Robert L. Witherington Jr. et al., }
        Defendants }

## ENTRY OF DEFAULT

Upon verified application of counsel for the plaintiff and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendant, Robert L. Witherington Jr, was duly served and that the defendant, Robert L. Witherington Jr, has failed to answer or otherwise plead to the complaint;

    It is ADJUDGED that the defendant Robert L. Witherington Jr, is in default and that the plaintiff, Progressive Specialty Insurance Company , have and recover of the defendant such sum as the plaintiff shall prove to the Court, together with costs.

    DONE on July 23, 2025

                GREER M. LYNCH, CLERK


                By:\_\_A. Day\_\_\_
                    Deputy Clerk